# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ , <br><br>  Plaintiff(s) <br><br> v. <br><br> DAVWEN, INC., et al. , <br><br>  Defendant(s) | Case No. C 3:22-cv-06895-SI <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __28__ days.

Date:  February 17, 2023

Signed: /s/ Tanya E. Moore
            Attorney for Plaintiff(s)

Signed: /s/ Richard Morin
            Attorney for Defendant(s)

Signed:_____
            Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*