1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:22-cv-06895-SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| DAVWEN, INC. dba BIG O TIRES #5006; ROGER E. CASE, Trustee of the ROGER E. and DIANE KATHELEEN 2021 TRUST, dated November 16, 2021; DIANE KATHELEEN CASE, Trustee of the ROGER E. and DIANE KATHELEEN 2021 TRUST, dated November 16, 2021; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Davwen, Inc. dba Big O Tires #5006; Roger E. Case, Trustee of the Roger E. and Diane Katheleen 2021 Trust, dated November 16, 2021; and Diane Katheleen Case, Trustee of the Roger E. and Diane Katheleen 2021 Trust, dated November 16, 2021, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: February 24, 2023                    MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Francisca Moralez

Dated: February 24, 2023                    Law Office of Rick Morin, PC

                                            */s/ Richard Morin*
                                            Richard Morin
                                            Attorneys for Defendants,
                                            Davwen, Inc.; Roger E. Case; and Diane
                                            Katheleen Case

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Francisca Moralez